UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ENVIRO-SAFE REFRIGERANTS, INC., | ) | CASE NO. 17-80827 |
| | ) | |
| Debtor. | ) | |

MOTION FOR INTERIM USE OF CASH COLLATERAL,
AND REQUEST FOR EXPEDITED HEARING

NOW Comes ENVIRO-SAFE REFRIGERANTS, INC., ("Debtor"), by Sumner A. Bourne, of Rafool, Bourne & Shelby, P.C., and Moves this Court as follows:

1. That Debtor filed these Chapter 11 proceedings on June 5, 2017, and it is and has been acting as Debtor In Possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. Debtor operates a cooling system equipment and supply manufacturing/sales operation at its location in Pekin, Illinois.

3. Debtor's primary secured lender is BUSEY BANK, an Illinois Banking Corporation ("Busey Bank"), which Debtor believes holds a security interest in certain personal property of the Debtor.

4. Debtor believes that Busey Bank holds a property perfected and valid lien against its deposit accounts and accounts receivable.

5. As the Debtor needs immediate use of such cash collateral in order to stay a going concern, it respectfully requests that it be allowed to use the accounts receivable and its deposit accounts on an interim basis pursuant to the attached cash collateral budget.

6. Debtor suggests that a post-petition lien on its post-petition receivables to replace the loss of any pre-petition receivables, and a lien against the Debtor-In-Possession deposit accounts in favor of Busey Bank would be appropriate.

7. The Debtor has filed a creditor matrix, and a list of the top twenty unsecured claimholders.

WHEREFORE, Debtor requests the following relief:

1. The Debtor be authorized to immediately use cash collateral, as defined by Bankruptcy Code Section 363(a) for its actual and necessary costs and expenses incurred in the ordinary course of its business until a final hearing may be conducted;

2. That this motion be heard on an expedited hearing basis;

3. For such further and other relief as is just.

Dated: June 5, 2017

Respectfully Submitted,
ENVIRO-SAFE REFRIGERANTS, INC.,

By: /s/ Sumner A. Bourne
One of its Attorneys

Sumner A. Bourne
Rafool, Bourne & Shelby, P.C.
411 Hamilton Blvd., Suite 1600
Peoria, IL 61602
Telephone: (309) 673-5535
Facsimile: (309) 673-5535
Email: sbnotice@mtco.com

## CERTIFICATE OF SERVICE

The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court upon the following parties:

U.S. Trustee

The undersigned certifies that this electronic document was served electronically by email of the PDF and any attachment on June 5, 2017 upon the following parties:

Mr. Joseph Chamley
Attorney at Law
JChamley@efbclaw.com

Rafool, Bourne & Shelby, P.C.
411 Hamilton, Suite 1600
Peoria, IL 61602
Telephone: (309) 673-5535

BY: /s/ Sumner A. Bourne